# EXHIBIT "A"

FOLKMAN DEVELOPMENT     MENU

# FOLKMAN DEVELOPMENT

WE ARE AN AWARD WINNING
REAL ESTATE DEVELOPMENT COMPANY
WITH OVER 25 YEARS OF EXPERIENCE

CONTACT US

LEARN MORE

FOLKMAN DEVELOPMENT     MENU

066

## OUR SERVICES AND CAPABILITIES

We provide services to a diverse range of real-estate firms and partners across multiple cities and industries, and we help our clients by providing real-estate development, consulting, marketing and brokerage services.



### DEVELOPMENT

We design, permit, build, and market developments that range from the reuse of historic urban buildings to cluster designed suburban developments. Our team can deliver every step of the process from selecting a site, to hiring and managing contractors, architects, and consultants.

### CONSULTING

We can help you turn critical and complex real estate issues into opportunities for growth. From business owners and investors to lenders and corporate groups, we offer you the experience, know-how, and the strategic planning that helps lead to better decisions.



### MARKETING

We provide advertising and marketing services to help our clients increase its brand visibility and generate leads for their assets. We provide services ranging from traditional advertising to internet advertising, such as

067

# FOLKMAN DEVELOPMENT

MENU



promotion.

## BROKERAGE

As an independently owned, boutique real estate brokerage, we offer comprehensive residential and commercial real estate solutions. Our services include investment sales, retail, office, industrial, mixed-use, and multi-family brokerage (sales and leasing).



## OUR EXPERIENCE

With over 25+ years of experience, we have worked on projects ranging from building single family ho obtaining permits for the development of large subdivisions. A detail list of our experience is belo

### SINGLE FAMILY DETACHED HOMES

We have completed 21 single family detached homes projects. These projects include the development of 42 starter homes, 192 median priced homes, 98 upper end homes, and road and utilities construction.

### CLUSTER DESIGNED, SINGLE FAMILY HOMES

We have completed 2 clustered designed, single family detached homes projects. These projects include the development of 90 homes, with 50 plus acres of watershed land donation and 40 plu acres of convservation land.

### AFFORDABLE HOUSING

### CONDOMINIUMS

068

development of 90 homes under the Massachusetts General Law "40B".

of a 30 units condominium, 14 duplexes, and 1 single family home.

## APARTMENT DEVELOPMENT

We have completed 2 apartment projects, including the development of two apartment complexes totaling 45 rental units.

## HISTORICAL RENOVATIONS

We have completed 2 historical renovation projects. These two projects include the restoration of a school house, circa 1850, and the restoration of an historical mansion, circa 1910.

## INDUSTRIAL DEVELOPMENT

We have completed 1 industrial development project and divided a 40,000 square feet block and steel building into ten, 4,000 square feet condominiums.

## PERMITTING

We have obtained permits for the development of 8 large subdivisions (totaling 426 single family home lots and the conversion of a 50,000+ square feet furniture showroom and warehouse into 26 residential 2BR/2BA condominiums.

069

FOLKMAN DEVELOPMENT     MENU






## OUR LEADERSHIP

### PAUL FOLKMAN

Paul has 40 years of experience in all aspects of real estate planning and development. Paul has partici[pated in] the development of over 1000 residential units and 30 miles of roadways. He has B.Sc. and M.Sc. degre[es from] the University of Vermont with specialties in environmental studies, planning, water resources and wat[er]

070

# FOLKMAN DEVELOPMENT

MENU



permitting.

A detailed biography with additional work experiences and expertise is also availabl

## MICHELLE LEE FOLKMAN



Michelle is the founder of Asian Real Estate Association, Dallas chapter. She has ov years of experience in real estate and has sold over 1000 homes. As a result of Mic accomplishments, she has won numerous awards, such as RE/MAX Diamond, Platin President awards. RE/MAX also recognized Michelle as one of the top 100 residenti realtors in the USA. In addition, D-Magazine nominated her as one of the top resid realtors in Dallas.

## GET IN TOUCH

EMAIL US

We would love to hear from and work with you. Your questions and requests are welcome!

CALL US

### BOSTON

P.O. BOX 10
MANSFIELD, MA
02048

### DALLAS

### CONTACT

071

MENU

# PAUL FOLKMAN — BIOGRAPHY

Paul Folkman is a real estate developer, general contractor, and land planning consultant & broker. Mr. Folkman was born and raised in Rhode Island coming from a family of self employed retailers. He graduated from the University of Vermont with a B.Sc. in Biochemistry and Environmental Studies. After graduation founded the consulting firm - Synergistic Outlook Group. This firm assembled a varied range of experts project needed basis to address environmental and development problems.

Mr. Folkman obtained his M.Sc. in Natural Resources Planning from the University of Vermont with a sp in water resources and water law. He is co-author of the first comprehensive assemblage and analysis of law in Vermont entitled: ***Vermont Water Law and Rights***. His Master's Thesis: ***Some Aspects of Water and Rights on Land Use Planning - Vermont Case Studies.***

## PUBLIC SECTOR

Mr. Folkman has held the position of Town Planner for the Town of Shelburne, Vermont. Shelburne is a suburban community near Burlington, Vermont. Accomplishments included restructuring all developme permit review procedures, review of all development projects, managing, writing and providing the inte framework for a complete revision of the Town's Master Plan including the writing and implementation zoning by-laws and subdivision regulations.

Mr. Folkman served the City of Cleveland, Ohio as a Community Development Planner. He was responsi evaluating needs for infrastructure improvements in neighborhoods primarily identified by political pre The resultant development plans were presented to the City Council for implementation by allocation o Community Development Block Grany funds. This position required numerous public meetings, interfac community action groups, politicians, and neighborhood leaders. Also, negotiating skills, public speakin navigating "big city" politics and collaborating with diverse cultural populations in formulating consensu building and compromise.

Mr. Folkman's last full time public sector appointment was as Planning and Community Development Di for the Town of Mansfield, Massachusetts. Mansfield was a fast growing suburban community located h between Boston and Providence at the crossroads of U.S. Interstate Routes 95 & 495. This position inclu leading public-private joint ventures, standard development reviews, town center revitalization and all development administration.

## PRIVATE SECTOR

For the past 33 years Mr. Folkman has been self employed as a real estate developer and consultant. Hi activities include traditional for sale and custom detached single family housing developments, condom and apartment housing including all infrastructure construction, permitting, negotiating acquisitions,

assemblage, financing and marketing. This work also included special projects such as downtown l     tor  rehabilitation, light industrial/office and affordable housing produced under the Massachusetts 40     aw  Folkman's primary business activities have been conducted under: ***The Folkman Company, Inc., Folkm Zola Builders, Inc., and Folkman Development Corporation along with numerous joint ventures und other entities.***

Mr. Folkman's development activities have to date produced approximately 1,000 housing units and 20 roads and supporting infrastructure. These cities and towns include Mansfield, Attleboro, Middleboro, Brockton, Milton, Canton, Norton, Dighton, and Foxboro. He currently works in Greater Boston and the Metroplex.

## SPECIAL NOTES

- Licensed Construction Supervisor - Commonwealth of Massachusetts - License Number CS -039108

- Licensed Real Estate Broker - Commonwealth of Massachusetts - License Number 126705

- Service in advisory capacity on local boards for the YMCA , Regional Council of Boy Scouts of America Easter Seals

- Volunteer consultant to Faith Fellowship United Methodist Church - Mansfield, Massachusetts and Pa David Arruda in the development and location of their new church and ministry facilities and will inc include a 60 unit housing development focused on supporting families with adoptive children

- Co-Founder of Smith Farm at Borderland - a non-profit corporation awarded a 65 year lease by the Department of Conservation and Recreation within the 2700 acre Borderland State Park in Easton, Massachusetts in return for renovation and restoration of the 1865 farmhouse and barn complex un State's Historic Curatorship Program

- Member and Chairman of Mansfield Board of Assessors from 1989 -2005. (property valuation and rea tax appeals board)

- Former coach for youth baseball and soccer

- Eagle Scout

MENU

### BOSTON

P.O. BOX 96
MANSFIELD, MA
02048

### DALLAS

3915 MCDERMOTT RD #100
PLANO, TX
75025

### CONTACT

508-212-6300 (PHONE)
508-339-6916 (FAX)
PAUL@FOLKMANDEVELOPMENT.COM