UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>PAUL J. FOLKMAN AND<br>HSUEH MEI FOLKMAN,<br><br>       Debtors.<br>-------------------------------------------------------<br><br>JEFFREY BLANCHARD and<br>JANINE BLANCHARD,<br><br>       Plaintiffs,<br><br>v.<br><br>PAUL J. FOLKMAN and HSUEH MEI FOLKMAN a/k/a MICHELLE FOLKMAN a/k/a HSUEH MEI LEE, individually, FOLKMAN DEVELOPMENT CORPORATION, NRT NEW ENGLAND LLC d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE and BROOKDALE CORPORATION,<br><br>       Defendants. | Case No. 20-40864-btr-7<br><br>Chapter 7<br><br><br><br><br><br><br><br>**Adversary Case No. 20-04083-btr** |

### STIPULATED TO MOTION TO AMEND SCHEDULING ORDER ARISING FROM INITIAL MANGEMENT CONFERENCE
**(All Parties)**

NOW COME all Parties in the above-captioned adversary proceeding and move this Honorable Court to allow this *Motion* and:

- <u>GRANT</u> an extension of all discovery-related deadlines.

AS REASONS THEREFOR, the Parties state:

  Additional time is required to finalize expert disclosures and respond to outstanding discovery requests. Moreover, further discovery is anticipated and expected. Following

conference, counsel for all Parties agree and stipulate to amend Section 2 of the *Scheduling Order Arising from Initial Management Conference* as follows:

1. Strike from Section 2, subsection F. Disclosures of Expert Testimony, the portion which states, "on or before Friday, September 15, 2023," and insert in its place: **on or before Tuesday, October 31, 2023**.

2. Strike from Section 2, subsection H. Discovery Deadline, the portion which states, "on or before Tuesday, October 31, 2023," and insert in its place: **on or before Thursday, November 30, 2023**.

And further, the additional time will permit all counsel the opportunity to direct resources to settlement negotiations.

WHEREFORE, all Parties respectfully request that this Honorable Court GRANT extensions to discovery deadlines as specified above.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs, | Respectfully submitted,<br>Defendants, |
| Jeffrey and Janine Blanchard, | Paul J. and Hsueh Mei Folkman and Folkman Development Corporation |
| By their attorney, | By their attorney, |
| */s/ Michael G. Franzoi* | */s/ Robert A. Miller* |
| Michael G. Franzoi (BBO #685473)<br>Law Office of Michael G. Franzoi<br>P.O. Box 290569<br>Boston, MA 02129<br>P. 856-498-1748<br>E. mfranzoi@franzoilegal.com | Robert A. Miller (State Bar No. 14108200)<br>Prager & Miller P.C.<br>14911 Quorum Dr. Suite 320<br>Dallas, Texas 75254<br>P. 972-661-9211<br>E. rmiller@prager-miller.com |

Respectfully submitted,
Defendant,

NRT New England, LLC d/b/a,
Coldwell Banker Residential Brokerage

By its attorneys,

*/s/ Michael C. Farmer, Jr.*
Timothy Davis (State Bar No. 24086142)
tdavis@jw.com
Michael C. Farmer, Jr. (State Bar No. 24121963)
mfarmer@jw.com
JACKSON WALKER L.L.P.
777 Main Street, Suite 2100
Fort Worth, Texas 76102
P. (817) 334-7270  Dated: September 19, 2023

## CERTIFICATE OF SERVICE

  This is to certify that, on September 19, 2023, a true and correct copy of the foregoing document has been served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

                */s/ Michael G. Franzoi*
                Michael G. Franzoi