# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re: <br><br> **PAUL J. FOLKMAN and** <br> **HSUEH MEI FOLKMAN,** <br><br> Debtors. | No. 20-40864-btr-7 <br> Chapter 7 |
| **JEFFREY BLANCHARD and JANINE BLANCHARD**, <br><br> Plaintiffs, <br><br> V <br><br> **PAUL J. FOLKMAN and HSUEH MEI FOLKMAN a/k/a MICHELLE FOLKMAN a/k/a HSUEH MEI LEE, individually, FOLKMAN DEVELOPMENT CORPORATION, NRT NEW ENGLAND LLC d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE and BROOKDALE CORPORATION,** <br><br> Defendants. | ADVERSARY NO. 20-4083 |

## ORDER ALLOWING STIPULATED TO MOTION TO AMEND SCHEDULING ORDER ARISING FROM INITIAL MANGEMENT CONFERENCE

On this date the Court considered the *Stipulated to Motion to Amend Scheduling Order Arising from Initial Management Conference* (the "**Motion**") filed by Jeffrey Blanchard and Janine Blanchard (collectively "**Plaintiffs**") and Hsueh Mei Folkman, Paul J. Folkman, Folkman Development Corporation and NRT New England LLC d/b/a Coldwell Banker Residential Brokerage (collectively "**Defendants**"). After review of the *Motion*, the proposed amendments are allowed and shall be incorporated into the *Scheduling Order Arising from Initial Management Conference*.

It is therefore ORDERED that Disclosures of Expert Testimony shall be made **on or before Tuesday, October 31, 2023**, and the Discovery Deadline shall be **on or before Thursday, November 30, 2023**.

Signed on: _____

_____
THE HONORABLE JOSHUA SEARCY,
UNITED STATES BANKRUPTCY JUDGE