# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>**PAUL J. FOLKMAN** and<br>**HSUEH MEI FOLKMAN,**<br><br>　　　　Debtors. | No. 20-40864-btr-7<br>**Chapter 7** |
| **JEFFREY BLANCHARD and JANINE BLANCHARD**,<br><br>　　　　Plaintiffs,<br><br>V<br><br>**PAUL J. FOLKMAN and HSUEH MEI FOLKMAN a/k/a MICHELLE FOLKMAN a/k/a HSUEH MEI LEE, individually, FOLKMAN DEVELOPMENT CORPORATION, NRT NEW ENGLAND LLC d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE and BROOKDALE CORPORATION,**<br><br>　　　　Defendants. | **ADVERSARY NO. 20-4083** |

## ORDER ALLOWING SECOND STIPULATED TO MOTION TO AMEND SCHEDULING ORDER ARISING FROM INITIAL MANAGEMENT CONFERENCE

On this date the Court considered the *Second Stipulated to Motion to Amend Scheduling Order Arising from Initial Management Conference* (the "**Motion**") filed by the Parties, as that term is defined therein. After review of the *Motion*, the proposed amendments are allowed and shall be incorporated into the *Scheduling Order Arising from Initial Management Conference*.

It is therefore ORDERED that <u>Disclosures of Expert Testimony</u> shall be made **on or before Thursday, February 29, 2024**, the <u>Discovery Deadline</u> shall be **on or before Friday, March 29, 2024** and the <u>Dispositive Motions Deadline</u> shall be **on or before April 30, 2024.**

Signed on: _____

_____
THE HONORABLE JOSHUA SEARCY,
UNITED STATES BANKRUPTCY JUDGE