

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **PAUL J. FOLKMAN** § | Case No. 20-40864 | |
| xxx-xx-9912 § | | |
| **and HSUEH MEI FOLKMAN** § | | |
| xxx-xx-2198 § | | |
| 1013 Royal Oaks Dr., McKinney, TX 75070 § | | |
| § | | |
| Debtors § | Chapter 7 | |
| JEFFREY BLANCHARD and § | | |
| JANINE BLANCHARD § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| v. § | Adversary No. 20-4083 | |
| § | | |
| PAUL J. FOLKMAN, § | | |
| HSUEH MEI FOLKMAN, § | | |
| FOLKMAN DEVELOPMENT CORP., § | | |
| BROOKDALE CORPORATION, § | | |
| NRT NEW ENGLAND, LLC d/b/a § | | |
| Coldwell Banker Residential Brokerage § | | |
| § | | |
| Defendants § | | |

## SECOND ORDER MODIFYING SCHEDULING ORDER

ON THIS DATE the Court considered the "Second Motion to Amend Scheduling Order" (the "Motion") filed on November 22, 2023, by Plaintiffs, Jeffrey Blanchard and Janine Blanchard in the above-referenced adversary proceeding. The Court, having reviewed the Motion, finds that based upon the agreement of the parties the Motion should be granted, and that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** such that the deadline to complete all discovery in this adversary proceeding is extended until **March 29, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for filing any motion for summary judgment under Fed. R. Bankr. P. 7056 is extended until **April 30, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for expert disclosures is extended until **February 29, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for pleading amendments is extended until **April 12, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the provisions of this Court's Scheduling Order shall continue in full force and effect except as specifically modified herein.

Signed on 11/28/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE