IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| IN RE: § § | | |
| **PAUL J. FOLKMAN** § | Case No. 20-40864 | |
| xxx-xx-9912 § | | |
| **and HSUEH MEI FOLKMAN** § | | |
| xxx-xx-2198 § | | |
| 1013 Royal Oaks Dr., McKinney, TX 75070 § § | | |
| Debtors § | Chapter 7 | |
| JEFFREY BLANCHARD and § | | |
| JANINE BLANCHARD § § | | |
| Plaintiffs § § | | |
| v. § § | Adversary No. 20-4083 | |
| PAUL J. FOLKMAN, § | | |
| HSUEH MEI FOLKMAN, § | | |
| FOLKMAN DEVELOPMENT CORP., § | | |
| BROOKDALE CORPORATION, § | | |
| NRT NEW ENGLAND, LLC d/b/a § | | |
| Coldwell Banker Residential Brokerage § § | | |
| Defendants § | | |

### INTERIM ORDER ON AMENDED MOTION TO ALLOW MR. ROBERT A. MILLER TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS

ON THIS DATE the Court reviewed the file in the above-referenced adversary proceeding. On December 20, 2023, an "Amended Motion to Allow Mr. Robert A. Miller to Withdraw as Co-Counsel for Defendants" ("Motion") was filed by Robert A. Miller. Miller's Motion failed to contain the fourteen (14) day negative notice language

required by this Court's Local Rules.[1] Because of this failure, the Court will defer consideration of the Motion until the expiration of fourteen (14) days from entry of this order to allow creditors and parties in interest an opportunity to respond to the Motion. Accordingly, the Court finds that just cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that, the Court will defer consideration of the Motion until the expiration of **fourteen (14) days from entry of this order** to allow allow creditors and parties in interest an opportunity to respond to the Motion.

**IT IS FURTHER ORDERED that your rights may be affected by the relief sought in the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by the Motion, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**IT IS FURTHER ORDERED that no hearing will be conducted on the Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing the Motion *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER* unless the Court shortens or extends the time for filing such objection. If no objection is timely served**

---

[1] LBR 7007.

**and filed, the Motion pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

Signed on 12/21/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE