IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

EOD
01/09/2024

| | | |
|---|---|---|
| IN RE: § § **PAUL J. FOLKMAN** § xxx-xx-9912 § **and HSUEH MEI FOLKMAN** § xxx-xx-2198 § 1013 Royal Oaks Dr., McKinney, TX 75070 § § Debtors § | | Case No. 20-40864 Chapter 7 |
| JEFFREY BLANCHARD and § JANINE BLANCHARD § § Plaintiffs § § v. § § PAUL J. FOLKMAN, § HSUEH MEI FOLKMAN, § FOLKMAN DEVELOPMENT CORP., § BROOKDALE CORPORATION, § NRT NEW ENGLAND, LLC d/b/a § Coldwell Banker Residential Brokerage § § Defendants § | | Adversary No. 20-4083 |

## ORDER GRANTING MOTION TO WITHDRAW

On this date the Court considered the "Amended Motion to Allow Mr. Robert A. Miller to Withdraw as Co-Counsel for Defendants Paul J. Folkman, Hsueh Mei Folkman and Folkman Development Corp." (the "Motion") filed on December 20, 2023 by Robert A. Miller, of Prager & Miller, P.C. (together the "Movant"), attorneys of record for

Defendants, Paul J. Folkman, Hsueh Mei Folkman and Folkman Development Corp. (the "Defendants"). The Court finds that the Motion failed to contain the appropriate fourteen (14)-day negative notice language, pursuant to LBR 7007 or a certificate evidencing clear service on Defendants. Rather than dismiss the Motion, the Court entered an "Interim Order" providing the required (14)-day negative notice language which was properly served on all parties including Defendants. The "Interim Order" directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the withdrawal of Robert A. Miller, of Prager & Miller, P.C. as attorneys of record for Defendants, Paul J. Folkman, Hsueh Mei Folkman and Folkman Development Corp., is **GRANTED**.

**IT IS FURTHER ORDERED** that pending Defendants obtaining new counsel, if any, a copy of all future pleadings or notices in this proceeding shall be sent directly to Defendants as follows:

    1)     By first class mail, postage prepaid, to Paul J Folkman, 318 Hansen Road

Schaghticoke, NY 12154; and

2) By first class mail, postage prepaid, to Hsueh Mei Folkman, 1013 Royal Oaks Drive, McKinney, TX 75070 ; and

2) By first class mail, postage prepaid, to Folkman Development Corporation, 190 Winter Street, Mansfield, MA 02048.

**IT IS FURTHER ORDERED** that a copy of this Order shall be sent by Movant to Defendants, and that Movant shall file a certificate of service with the Court evidencing such notice <u>within five calendar days</u> of the date of this Order.

**IT IS FURTHER ORDERED** that Robert A. Miller, of Prager & Miller, P.C. shall, upon written request by Defendants, provide to Defendants a complete copy of the case file maintained by them in this matter, which copy may be electronic.

Signed on 01/09/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE