United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| **In re:**<br><br>**Paul J. Folkman and Hsueh Mei Folkman,**<br><br>Debtors<br><br>**Jeffrey Blanchard and Janine Blanchard,**<br><br>Plaintiffs<br>**v.**<br><br>**Paul J. Folkman and Hsueh Mei Folkman a/k/a Michelle Folkman a/k/a Hsueh Mei Lee, individually, Folkman Development Corporation and NRT New England LLC d/b/a Coldwell Banker Residential Brokerage,**<br><br>Defendants | **Case No. 20-40864-btr**<br><br>**Chapter 7**<br><br>**Adversary No. 20-04083** |

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

On this date, the Court considered the "Unopposed Motion to Modify Scheduling Order" (the "Motion") filed on April 25, 2024, by defendant Hsueh Mei Folkman *aka* Michelle Folkman *aka* Hsueh Mei Lee in the above-referenced proceeding. The Court, having reviewed the Motion, finds that based upon the agreement of the parties the Motion should be granted, and that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** such that the deadline to complete all discovery in this adversary proceeding is extended until **May 31, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for filing any motion for summary judgment under Fed. R. Bankr. P. 7056 is extended until **June 30, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for expert disclosures is extended until **May 31, 2024**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** the provisions of this Court's Scheduling Order shall continue in full force and effect except as specifically modified herein.

______________________________________

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE