**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br><br>**PAUL J. FOLKMAN** and<br>**HSUEH MEI FOLKMAN,**<br><br>  Debtors. | No. 20-40864-btr-7<br>Chapter 7 |
| **JEFFREY BLANCHARD and JANINE BLANCHARD**,<br><br>  Plaintiffs,<br><br>V<br><br>**PAUL J. FOLKMAN and HSUEH MEI FOLKMAN a/k/a MICHELLE FOLKMAN a/k/a HSUEH MEI LEE, individually, FOLKMAN DEVELOPMENT CORPORATION, NRT NEW ENGLAND LLC d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE and BROOKDALE CORPORATION,**<br><br>  Defendants. | **ADVERSARY NO. 20-4083** |

EOD 04/22/2025

### AGREED FINAL JUDGMENT AGAINST DEFENDANTS, PAUL J. FOLKMAN AND FOLKMAN DEVELOPMENT CORPORATION

On this date, Jeffrey Blanchard and Janine Blanchard (collectively "<u>PLAINTIFF</u>") and Paul J. Folkman and Folkman Development Corporation (collectively "<u>DEFENDANT</u>") (Plaintiff and Defendant are collectively the "<u>PARTIES</u>") represented to the Court that they have agreed to an entry of nondischargeable judgment (the "<u>AGREED FINAL JUDGMENT</u>"). This *Agreed Final Judgment* is entered into by the Parties as a result of settlement negotiations and constitutes the full and final memorialization of agreed upon terms resolving the above-referenced case as between Plaintiff and Defendant. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff is granted nondischargeable judgment against Defendants, Paul J. Folkman and Folkman Development Corporation in the amount of $30,000.00 and that this *Agreed Final Judgment* shall not have any effect on the claims and causes of action asserted by Plaintiff against any of the other defendants in the above-captioned *adversary proceeding*. It is further,

**ORDERED, ADJUDGED, and DECREED** that the total judgment amount is supported by monetary consideration representing a fair and reasonable negotiation of all of Plaintiff's past, present and future claims against Defendants, whether known or unknown and shall not bear post-judgment interest. And it is further,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff shall have all writs of execution and other process necessary to enforce this *Agreed Final Judgment*, which shall include Plaintiffs' reasonable costs and attorneys' fees, but upon Defendants' payment to Plaintiff of the sum of $1,000.00 ($500.00 at the time of execution of the *Motion* and $500.00 within thirty (30) days of this *Order*), shall be subject to limitation by time (Plaintiffs' right to execute upon and enforce this *Agreed Final Judgment* shall not accrue until three (3) years following the date of entry of this *Agreed Final Judgment*) and amount (Plaintiffs' right shall apply only to Defendants' assets which in the aggregate are valued in excess of $8,000.00).

Signed on 4/22/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

Plaintiffs,

JEFFREY BLANCHARD and
JANINE BLANCHARD,
By their attorneys,

*/s/ Michael G. Franzoi*
Michael G. Franzoi (BBO #685473)
Law Office of Michael G. Franzoi
P.O. Box 290569
Boston, MA 02129
P. 856-498-1748
E. mfranzoi@franzoilegal.com

And,

Defendant,

Paul J. Folkman

*Pro se*,

*/s/ Paul J. Folkman*
Paul J. Folkman
318 Hansen Road
Schaghticoke, NY 12154
E. pfolkman24@gmail.com